IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

      Plaintiff,                    No. CIV S-10-2929 DAD (TEMP) P

      vs.

YORK,

      Defendant.                ORDER

_____/

      A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of his current address.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

DATED: April 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kly
benn2929.33a